IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-70817 CRB |
| Plaintiff, | **ORDER CONTINUING HEARING ON APPEAL OF PRETRIAL RELEASE ORDER** |
| v. | |
| ULICES CAZAREZ | |
| Defendant. / | |

In light of new information received by the Court about the Defendant's travel, this matter is CONTINUED to Thursday, July 16, 2015 at 2:00 p.m. for further discussion.

**IT IS SO ORDERED.**

Dated: July 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2015\70817\order continuing.wpd